324

491 P.2d 1079

**STATE of New Mexico, Respondent,**

v.

**Warren GRUENDER, Petitioner.**

**No. 9364.**

Supreme Court of New Mexico.

Dec. 9, 1971.

This cause coming on before the Court for consideration on petition for writ of certiorari directed to the Court of Appeals of the State of New Mexico, and the Court having considered said petition and being sufficiently advised in the premises;

It is ordered that petition for writ of certiorari be and the same is hereby denied.

It is further ordered that the record in Court of Appeals, 83 N.M. 327, 491 P.2d 1082, be and the same is hereby returned to the Clerk of the Court of Appeals.